# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAZ ENCRYPTION TECHNOLOGIES LLC, <br><br> Plaintiff, <br><br> v. <br><br> BLACKBERRY CORPORATION, <br><br> Defendant. | C.A. No. 13-304-LPS |

## [PROPOSED] ORDER

At Wilmington this ____ day of _____, 2016, having considered Defendant BlackBerry Corp.'s *Daubert* Motion to Exclude Testimony of Chase Perry, and the papers submitted in support of and in opposition to the Motion;

IT IS HEREBY ORDERED that:

1. Defendant's Motion is GRANTED.
2. Chase Perry is precluded form offering expert testimony regarding his reasonable royalty analysis in this case.

_____
UNITED STATES DISTRICT COURT JUDGE